# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE MARVIN E. MOYE, *et al.*, | § § § | |
| Debtors. | § § | |
| HARDY RAWLS ENTERPRISES LLC, | § § | CIVIL ACTION NO. H-09-2747 |
| Appellant, | § § § | |
| v. | § § | BANKRUPTCY NO. 07-37770 |
| TRUSTEE LOWELL T. CAGE, | § § § | |
| Appellee. | § | |

## ORDER OF DISMISSAL

In accordance with the court's Memorandum and Opinion entered today, the bankruptcy court's ruling is affirmed. The appeal is dismissed.

SIGNED on August 17, 2010, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge